**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DAVID WHITE,                              No. C 05-784 SBA

11          Plaintiff,                         **ORDER AND OPINION ON MOTIONS**

12     v.
                                               [Docket Nos. 8 & 9]
13   TOM HANSEN, et. al.,

14          Defendants.
     _____/
15

16        On March 3, 2005, Defendants filed a Motion to Dismiss Plaintiff's Complaint and Motion for a

17   More Definite Statement and noticed the motions for hearing on April 12, 2005 [Docket Nos. 8 & 9].  On

18   April 6, 2005, Plaintiff amended his Complaint for the first time [Docket No. 14].  A plaintiff may amend

19   his complaint once, as of right, any time prior to the filing of responsive pleadings. Fed. R. Civ. P. 15(a).

20   A motion to dismiss a complaint is not a responsive pleading.  Miles v. Dep't of Army, 881 F.2d 777, 781

21   (9th Cir. 1989).  Accordingly, Defendants' Motion to Dismiss the Complaint and Motion for a More

22   Definite Statement are DENIED as MOOT.

23        IT IS SO ORDERED.

24
                                               _/s/ Saundra Brown Armstrong_____
25   Dated: 4-21-05                            SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
26

27

28