IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WHITE,

        Plaintiff,

v.

TOM HANSEN, et. al.,

        Defendants.

No. C 05-784 SBA

**ORDER**

On June 29, 2005, Defendants submitted a letter-brief in which they request leave to file Reply briefs if the Court is inclined to consider Plaintiff's untimely Oppositions to Defendants' Motion for More Definite Statement and Motion to strike portions of the First Amended Complaint. Although Plaintiff did not seek leave to file his untimely Oppositions, the Court is inclined to adjudicate these motions on their merits and therefore will consider the Oppositions.

Accordingly,

IT IS HEREBY ORDERED THAT Defendants are granted leave to file Reply briefs to Plaintiff's Oppositions. Defendants must do so no later than July 5, 2005.

IT IS SO ORDERED.

Dated: 6/30/05

 s/Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge