IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WHITE,

        Plaintiff,

  v.

TOM HANSEN, et. al.,

        Defendants.

                                 /

No. C 05-784 SBA

**ORDER TO SHOW CAUSE RE DISMISSAL**

      Plaintiff has named as defendants in this action Apogent Technologies Inc. and Fisher Scientific International Inc. However, although Plaintiff initially filed his complaint on January 21, 2005, Plaintiff has failed to provide evidence that either of these Defendants have been properly served.

      Accordingly,

      IT IS HEREBY ORDERED THAT:

      (1)    Plaintiff shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **September 21, 2005 at 4:00 p.m.** to show cause why these Defendants should not be dismissed for lack of prosecution.

      (2)    At least ten (10) days prior to the date specified for the court appearance, plaintiff or plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court to explain why the case should or should not be dismissed and why sanctions should or should not be imposed for lack of prosecution. The Certificate shall set forth why these Defendants have or have not been properly served, any basis for opposition to dismissal of these Defendants by any party, and the action's expected course if

1  these Defendants are not dismissed.

2      (3)    Please take notice that this Order requires <u>both</u> the specified court appearance <u>and</u> the filing of the Certificate of Counsel.  FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS APOGENT TECHNOLOGIES INC. AND FISHER SCIENTIFIC INTERNATIONAL INC. FROM THIS ACTION.

    IT IS SO ORDERED.

Dated: 7/27/05

    SAUNDRA BROWN ARMSTRONG
    United States District Judge

2