IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID WHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>MICROGENICS CORP.; APOGENT TECHNOLOGIES, INC.; FISHER SCIENTIFIC INTERNATIONAL, INC.; DOES 1-100 (inclusive),<br><br>            Defendants.        / | CASE NO.:  C05-00784 SBA<br><br>**ORDER TO DISMISS APOGENT TECHNOLOGIES, INC. AND FISHER SCIENTIFIC INTERNATIONAL, INC. WITH PREJUDICE** |

This action was originally filed on January 21, 2005 and was removed to the United States District Court for the Northern District of California on February 23, 2005.  A hearing was held on September 28, 2005 regarding this Court's issuance of an Order to Show Cause re Dismissal.  At the conclusion of the hearing, this Court provided Plaintiff an additional fourteen (14) days to serve Apogent Technologies, Inc. ("Apogent") and Fisher Scientific International, Inc. ("Fisher") with the complaint.  The Court instructed Plaintiff's counsel that if Plaintiff failed to do so, Apogent and Fisher would be dismissed from the case.  Plaintiff failed to serve Apogent and Fisher by the Court's deadline.

Based on the papers presented to this Court, and for good cause showing, IT IS HEREBY ORDERED THAT Defendants Apogent Technologies, Inc. and Fisher Scientific International, Inc. are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  October 13, 2005

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge